```
                              FILED
                              September 20, 2007
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JESSIE LACAROIX, ) <br> ) <br> Defendant. ) | Case No. 2:07CR00389-DLJ <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   JESSIE LACAROIX  , Case No. 2:07CR00389-DLJ  , Charge   18USC § 2252(a)(4)(B)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)   Pretrial conditions as stated on the records

Issued at   Sacramento, CA   on   September 20, 2007   at   2:52 pm  .

By   /s/ Gregory G. Hollows/s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge