MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jessie LaCroix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSIE LaCROIX,<br><br>    Defendant. | Case No.: 2:07-CR-0389 DLJ<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

    Defendant JESSIE LaCROIX, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Phil Ferrari, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, January 22, 2008 at 9:00 a.m. to Tuesday, February 19, 2008 at 9:00 a.m.  The continuance is requested to allow the government and the defendant to complete settlement negations.  Further the defense is engaged in further investigation that has not yet been completed, but that may impact the final disposition of this matter.

Dated: January 17, 2008                         The CHASTAINE LAW OFFICE

                                                              By: _____/s/ Michael Chastaine
                                                                     MICHAEL CHASTAINE
                                                                     Attorney for Jessie LaCroix

Dated: January 17, 2008                         McGREGOR W. SCOTT
                                                                     United States Attorney

                                                               By: ____/s/ Phil Ferrari
                                                                   Phil Ferrari
                                                                   Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for January 22, 2008 at 9:00 a.m. is continued to February 19, 2008 at 9:00 a.m. and that the period from January 22, 2008 to February 19,2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: January 17,2008         _____
                               D. Lowell Jensen
                               District Judge
                               United States District Court