MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jessie LaCroix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSIE LaCROIX,<br><br>Defendant. | Case No.: 2:07-CR-0389 DLJ<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

Defendant JESSIE LaCROIX, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Phil Ferrari, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, February 26, 2008 at 9:00 a.m. to Tuesday, March 18, 2008 at 9:00 a.m.  The continuance is requested to allow the government and the defendant to complete settlement negotiations.  Further the counsel for Mr. LaCroix is engaged in a jury trial in Placer County that is expected to take a couple of weeks to conclude.  Further, the defense is engaged in further investigation that has not yet been completed, but that may impact the final disposition of this matter.

Dated: February 21, 2008                    The CHASTAINE LAW OFFICE

                                            By: ____/s/ Michael Chastaine
                                                 MICHAEL CHASTAINE
                                                 Attorney for Jessie LaCroix

1

Dated: February 21, 2008                McGREGOR W. SCOTT
                                        United States Attorney

                                        By:     /s/ Phil Ferrari
                                              Phil Ferrari
                                              Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for February 26, 2008 at 9:00 a.m. is continued to March 18, 2008 at 9:00 a.m. and that the period from February 26, 2008 to March 18 ,2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: February 21, 2008            _____
                                    Hon. D. Lowell Jensen
                                    District Judge
                                    United States District Court