MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jessie LaCroix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSIE LaCROIX,<br><br>　　　　Defendant. | Case No.: 2:07-CR-0389 DLJ<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　　Defendant JESSIE LaCROIX, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Phil Ferrari, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, March 25, 2008 at 9:00 a.m. to Tuesday, April 8, 2008 at 9:00 a.m.  The continuance is requested to allow the government and the defendant to complete settlement negations.  Further the counsel for Mr. LaCroix will be out of the county on March 25, 2008.

Dated: March 12, 2008　　　　　　　　The CHASTAINE LAW OFFICE

　　　　　　　　　　　　　　　　　　By:　　/s/ Michael Chastaine
　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　Attorney for Jessie LaCroix

Dated: March 12, 2008　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　　/s/ Phil Ferrari
　　　　　　　　　　　　　　　　　　　　Phil Ferrari
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for March 25, 2008 at 9:00 a.m. is continued to April 8, 2008 at 9:00 a.m. and that the period from March 25, 2008 to April 8, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: March  12, 2008                    _____
                                                                D. Lowell Jensen
                                                                District Judge
                                                                United States District Court