McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-0389 JAM |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| JESSIE LACROIX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the guilty plea entered by defendant Jessie Lacroix on April 15, 2008, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a.   One Dell Dimension 2350 Computer, Serial Number 6TCQP21; and

      b.   One 30 GB Western Digital hard drive, Serial Number WMAD18375157.

2. The above-listed property constitutes property which contains visual depictions of minors engaged in sexually explicit conduct as described in 18 U.S.C. § 2256 possessed, transported,

1

1  shipped or received in violation of 18 U.S.C. § 2252(a)(4)(B) and/or
2  was used or intended to be used in any manner or part to commit and
3  to promote the commission of a violation of 18 U.S.C. §
4  2252(a)(4)(B).
5      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
6  designee) shall be authorized to seize the above-listed property.
7  The aforementioned property shall be seized and held by the
8  Department of Homeland Security, Customs and Border Protection, in
9  its secure custody and control.
10     4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21
11 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith
12 shall publish at least once for three successive weeks in <u>The Daily
13 Recorder</u> (Sacramento County), a newspaper of general circulation
14 located in the county in which the above-listed property was seized,
15 notice of this Order, notice of the Department of Homeland Security,
16 Customs and Border Protection's intent to dispose of the property in
17 such manner as the Attorney General and/or the Secretary of Treasury
18 may direct, and notice that any person, other than the defendant,
19 having or claiming a legal interest in the above-listed forfeited
20 property must file a petition with the Court within thirty (30) days
21 of the final publication of the notice or of receipt of actual
22 notice, whichever is earlier.
23         b.  This notice shall state that the petition shall be for
24 a hearing to adjudicate the validity of the petitioner's alleged
25 interest in the property, shall be signed by the petitioner under
26 penalty of perjury, and shall set forth the nature and extent of the
27 petitioner's right, title or interest in the forfeited property and
28 any additional facts supporting the petitioner's claim and the

1  relief sought.
2          c.  The United States may also, to the extent practicable,
3  provide direct written notice to any person known to have alleged an
4  interest in the property that is the subject of the Order of
5  Forfeiture, as a substitute for published notice as to those persons
6  so notified.
7      5.  If a petition is timely filed, upon adjudication of all
8  third-party interests, if any, this Court will enter a Final Order
9  of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests
10 will be addressed.
11     SO ORDERED this 11th day of June, 2008.

                                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge