McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-0389-JAM |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JESSIE LACROIX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  WHEREAS, on June 11, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the guilty plea entered by defendant Jessie Lacroix and he agreed to forfeit to the United States the following property:

  a) One Dell Dimension 2350 Computer, Serial Number 6TCQP21; and

  b) One 30 GB Western Digital hard drive, Serial Number WMAD18375157.

  AND WHEREAS, on July 11, 18, and 25, 2008, the United States published notice of the Court's Order of Forfeiture in The Daily Recorder (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized.

1 Said published notice advised all third parties of their right to
2 petition the Court within thirty (30) days of the publication
3 date for a hearing to adjudicate the validity of their alleged
4 legal interest in the forfeited property;
5     AND WHEREAS, the Court has been advised that no third party
6 has filed a claim to the subject property, and the time for any
7 person or entity to file a claim has expired.
8     Accordingly, it is hereby ORDERED and ADJUDGED:
9     1.  A Final Order of Forfeiture shall be entered forfeiting
10 to the United States of America all right, title, and interest in
11 the above-listed property pursuant to 18 U.S.C. § 2253, to be
12 disposed of according to law, including all right, title, and
13 interest of Jessie Lacroix.
14     2.  All right, title, and interest in the above-listed
15 property shall vest solely in the United States of America.
16     3.  The United States shall maintain custody of and control
17 over the subject property until it is disposed of according to
18 law.
19     SO ORDERED this 23rd day of September, 2008.

                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Judge