# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Jessie Cho Lacroix                **Docket Number:**   0972 2:07CR00389

**Name of Judicial Officer**:   Honorable John A. Mendez, United States District Court Judge

**Date of Original Sentence:**   7/8/2008

**Original Offense:** 18 U.S.C. §2252(a)(4)(B)   Possession of More than One Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct (Class C Felony)

**Original Sentence:** 70 months custody Bureau of Prisons; 120 months TSR; $100 SA; Mandatory drug testing; DNA collection; No firearm; Sex Offender Registration

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Mental Health Treatment
Aftercare Co-payment
Search - Sex Offender
No On-Line Computer Access
No Contact With All Minors
Computer Inspection
Pornography Restriction
Notice to Employer of Computer Restriction
Sex Offender Treatment
Registration (sex/drug/arson)
DNA Collection

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   10/7/2013

**Other Court Actions:  None**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

**(6) The defendant shall not possess or use a computer or any device that has access to any "on-line computer service" unless approved by the probation office in advance. This includes any Internet service provider, bulletin board system, or any other public or private computer network.**

**(8) The defendant shall consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of (a) any computer, or (b) computer-related device, or (c) equipment that has an internal or external modem which is in the possession or control of the defendant. The defendant consents to retrieval and copying of all data from any such computer, computer-related device, or equipment as well as any internal or external peripherals to ensure compliance with conditions  The defendant consents to removal of such computer, computer-related device, and equipment for purposes of conducting a more thorough inspection; and analysis.**

**The defendant consents to having installed on any computer, computer-related device, and equipment, at the defendant's expense, any hardware or software systems to monitor the use of such computer, computer-related device, and equipment at the direction of the probation officer, and agrees not to tamper with such hardware or software and not install or use any software programs designed to hide, alter, or delete his/her computer activities. The defendant consents to not installing new hardware without the prior approval of the probation officer.**

**(13) The defendant shall provide all requested business/personal phone records to the probation officer. The defendant shall disclose to the probation officer any existing contracts with telephone line/cable service providers. The defendant shall provide the probation officer with written authorization to request a record of all outgoing or incoming phone calls from any service provider.**

**(14) The defendant's residence shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18, unless pre-approved by the probation officer.**

**Delete Condition Number 11 as it is repetitive to Condition Number 9,**

**Justification:** Lacroix released from custody on October 7, 2013. After an initial review of his special conditions he agreed to sign a Prob 49 to include additional conditions to allow him to have a cell phone with restrictions and have a computer with monitoring software as well as allow the probation officer to pre-approve any future residences.   Furthermore, Condition 11 was repetitive to Condition number 9. Therefore, it is respectfully recommended that the conditions of supervised release be modified to include the above-noted additions and modifications.

Respectfully submitted,
**/s/ Shari R. Simon**

**Shari R. Simon**
**United States Probation Officer**
Telephone:

**DATED:** 10/30/2013

Reviewed by,
**/s/ Michael A. Sipe**

**Michael A. Sipe**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

/s/ John A. Mendez

**Signature of Judicial Officer**

**October 31, 2013**
                                     **Date**

CC:

United States Probation

Assistant United States Attorney: Phillip A. Ferrari

Defense Counsel: Michael Chastaine

# United States District Court

## Eastern District of California

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

(6) The defendant shall not possess or use a computer or any device that has access to any "on-line computer service" **unless approved by the probation officer in advance**. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

(8) The defendant shall consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of (a) any computer, or (b) computer-related device, or (c) equipment that has an internal or external modem which is in the possession or control of the defendant. The defendant consents to retrieval and copying of all data from any such computer, computer-related device, or equipment as well as any internal or external peripherals to ensure compliance with conditions. The defendant consents to removal of such computer, computer-related device, and equipment for purposes of conducting a more thorough inspection; and analysis.

**The defendant consents to having installed on any computer, computer-related device, and equipment, at the defendant's expense, any hardware or software systems to monitor the use of such computer, computer-related device, and equipment at the direction of the probation officer, and agrees not to tamper with such hardware or software and not install or use any software programs designed to hide, alter, or delete his/her computer activities. The defendant consents to not installing new hardware without the prior approval of the probation officer.**

(13) The defendant shall provide all requested business/personal phone records to the probation officer. The defendant shall disclose to the probation officer any existing contracts with telephone line/cable service providers. The defendant shall provide the probation officer with written authorization to request a record of all outgoing or incoming phone calls from any service provider.

(14) The defendant's residence shall be pre approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18, unless pre approved by the probation officer.

**Delete Condition Number 11 as is repetitive to Condition Number 9.**

Witness _____  Signed _____
SHARI R. SIMON                    Jessie Lacroix
U.S. Probation Officer            Supervised Releasee

Date: 10/21/13